E-FILED
Friday, 17 April, 2026  10:00:19 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

TIMOTHY R. G.,

 *Plaintiff,*

v.

FRANK BISIGNANO, Commissioner of
Social Security,

 *Defendant.*

Case No. 4:25-cv-04164-RLH

## ORDER

Before the Court is the parties' Joint Motion for Attorneys' Fees and Expenses under the Equal Access to Justice Act (EAJA).[1] (Doc. 15). Upon review, the Court finds that the request is reasonable and otherwise complies with the EAJA. *See Krecioch v. United States*, 316 F.3d 684, 687 (7th Cir. 2003) (explaining that eligibility for EAJA fees requires that (1) the plaintiff was the "prevailing party"; (2) the government's position was not "substantially justified"; (3) "no special circumstances make the award unjust"; and (4) the request is timely made). The Court therefore awards Plaintiff, Timothy R. G., attorneys' fees in the amount of $6,651.00 (six thousand six hundred fifty-one dollars and zero cents),[2] in full satisfaction of all claims that may be payable to Plaintiff in this matter under the EAJA.

---

[1] The parties in this case have consented to a final disposition by a magistrate judge under 28 U.S.C. § 636. (Doc. 10).

[2] The parties' proposed order mistakenly wrote this figure as "six thousand *five hundred* fifty one-dollars and zero cents."

At the parties' request, the Court notes that any fees paid belong to Plaintiff, not to Plaintiff's attorney, and can be offset to satisfy any pre-existing debt Plaintiff owes the United States. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010) ("We hold that a § 2412(d) fees award is payable to the litigant and is therefore subject to a government offset to satisfy a pre-existing debt that the litigant owes the United States."). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the United States that is subject to offset, Defendant shall direct that the award be made payable to KONOSKI & PARTNERS, P.C. under the EAJA assignment signed by Plaintiff. If that payment is mailed (as opposed to deposited electronically), it shall be mailed to Plaintiff's counsel's address of record:

Konoski & Partners, P.C.
180 Tices Lane
Suite 204, Bldg. A
East Brunswick, NJ 08816

*So ordered.*

Entered this 17th day of April 2026.

s/ Ronald L. Hanna
Ronald L. Hanna
United States Magistrate Judge